## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

ROLLIE BRUVOLD,

    Petitioner,

v.                                                                                No. 25-cv-0594-MIS-GJF

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO, *et al*,

    Respondents.

### ORDER GRANTING *IN FORMA PAUPERIS* RELIEF
### AND ADDRESSING EXTENSION REQUESTS

**THIS MATTER** is before the Court on Petitioner Rollie Bruvold's motions seeking an extension of time to file a habeas petition challenging his New Mexico state custody and leave to proceed *in forma pauperis*. *See* ECF Nos. 2, 4, 5. Petitioner is a state prisoner and proceeding *pro se*. As to the requested extensions, Petitioner explains he was recently transferred between state facilities and seeks additional time to file an amended 28 U.S.C. § 2241 petition on the form pleading. *See* ECF Nos. 2, 5. Petitioner also appears to raise substantive arguments, which reference a challenge to his state custody. *See* ECF No. 5.

The Court has not set a deadline to amend in this case, and in any event, Petitioner submitted an amended § 2241 petition on November 6, 2025. *See* ECF No. 11. To the extent Petitioner seeks to extend a statute of limitations, such relief is unnecessary. "[T]here is no statute of limitations for petitions invoking § 2241," provided the claims are properly raised under that statute. *See Craig v. United States*, 844 F. App'x 96 (10th Cir. 2021). The Court will therefore deny the Motions for Extension (ECF Nos. 2, 5) as moot, to the extent Petitioner seeks any extension. To the extent the Motions for Extension seek substantive relief, such request is premature.

Petitioner's Motion to Proceed *In Forma Pauperis* is also largely moot, as he paid the $5.00 filing fee. *See* ECF Nos. 4, 10. To the extent he seeks other benefits of *in forma pauperis* status, such as court-supplied service if the claims survive initial review, the motion will be granted.

**IT IS ORDERED** that Petitioner's Motions for Extension (**ECF Nos. 2, 5**) and Motion to Proceed *In Forma Pauperis* (**ECF No. 4**) are **GRANTED, in part, and DENIED, in part,** as set forth above.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE